No. 2164. EL PUEBLO, APELADO, *v*. SANTIAGO, APELANTE.— C. de D. de Arecibo. R. feb. 1, 1924. Celebrada la vista con la sola asistencia del fiscal; no expresándose en la denuncia por abandono de hijos, que el padre lo hizo "sin excusa legal", requisito esencial del artículo 263 del Código Penal, y vistos los casos de *El Pueblo* v. *Giraud*, 23 D. P. R.

531, y *El Pueblo* v. *Ferrán,* 26 D. P. R. 263, se revoca la sentencia y absuelve al acusado.